United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30143
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMAR ANDERSON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CR-96-ALL-F
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jamar Anderson appeals his conviction for being a felon in possession of a firearm. He argues that the district court erred in denying his motion to suppress by considering his prior conviction when making a credibility determination between the conflicting testimony of a defense witness and two police officers. We find nothing in the district court's order that supports an inference that the inclusion of the term "convicted felon" suggests any impropriety.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, the judgment of the district court is AFFIRMED.